FILED

07/29/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 19-0307

IN THE SUPREME COURT OF THE STATE OF MONTANA
SUPREME COURT CAUSE NO. 19-0307

| | |
|---|---|
| GORDON WILLIAMS, GALE MADLER, TIMOTHY RUSSELL, JOYCE KELLEY, and SAM BLAYLOCK, <br> *Plaintiffs/Appellants,* <br><br> vs. <br><br> STILLWATER BOARD OF COUNTY COMMISSIONERS, <br><br> *Defendant/Appellee.* | DA 19-0307 <br><br> **ORDER GRANTING STIPULATED MOTION TO DISMISS APPEAL** |

Upon stipulation of the parties pursuant to R. App. Proc. 16 (5), and good cause appearing, the above matter is dismissed with prejudice, each party to bear their own fees and costs.

DATED AND ELECTRONICALLY SIGNED BELOW

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
July 29 2020